UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RHIANNON ROCHELLE WRIGHT, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0145 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RHIANNON ROCHELLE WRIGHT</u>, Case No. <u>MAG. 08-0145 DAD</u>, Charge <u>Title 21 USC §§ 846; 841</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ _100,000 secured by grandmother's property, unsecured bond co-signed by grandmother pending posting of property._

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) _Pretrial Services Supervision of conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 29, 2008</u> at <u>3:20</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge